UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-25245-MORENO/LOUIS

INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION, AFL-CIO, DISPATCHERS,
CLOCKMEN, and TRUCKERS, representing its
subordinate, Local 2062, AFL-CIO,

    Plaintiff,

v.

QUALITY CONTAINER TRANSPORT, INC.,
SALOM TRANSPORTATION, INC. and
DOCKSIDE TRANSFER, INC.

    Defendants.
_____/

# **ORDER**

THIS CAUSE came before the Court upon Plaintiff's Expedited Motion to Lift Stay, Vacate Order Closing Case for Statistical Purposes and Placing Matter in Civil Suspense File, and Reschedule Trial Setting (ECF No. 26). This case was stayed by the Honorable Federico A. Moreno, United States District Judge, on January 2, 2019 (ECF No. 22), and was further closed for statistical purposes and placed in a civil suspense file (ECF No. 24). Pursuant to Judge Moreno's Order of Referral for All Pretrial Proceedings (ECF No. 30), a Status Conference was held before the undersigned on April 23, 2019, at which the Parties articulated their positions with respect to the pending Motion.

Plaintiff represents that the agreement that precipitated the Joint Motion to Stay (ECF No. 20) has not been finalized by the Parties and that a trial on the merits is warranted. Plaintiff seeks entry of an order scheduling trial, with ninety days to complete discovery before resuming the

evidentiary hearing begun before Judge Moreno on December 28, 2018. Defendants' counsel represented his intention to move to compel arbitration based on the parties' written contract.

For the reasons stated in open court, Plaintiff's Motion (ECF No. 26) is GRANTED IN PART, as follows:

1. The parties shall participate in a conference pursuant to Fed. R. Civ. P. 26(f), after which they shall exchange initial disclosures pursuant to Rule 26(a).

2. Defendants shall file their anticipated motion to compel arbitration on or before April 26, 2019. Plaintiff shall respond within fourteen days of Defendants filing their motion.

3. A hearing is set for May 16, 2019, 1:30 PM, at the United States Courthouse, Clyde Atkins Bldg., 11th Floor, 301 North Miami Avenue, Miami, Florida, 33128, before the undersigned, on Defendants' motion to compel arbitration.

DONE AND ORDERED in Chambers at Miami, Florida this 24th day of April, 2019.

LAUREN FLEISCHER LOUIS
UNITED STATES MAGISTRATE JUDGE